# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**AUSTIN LEE SIEBER,**
**ADC #654331**                                               **PLAINTIFF**

v.                     Case No. 1:14-cv-00055 KGB/JTR

**JASON BENTON, Corporal,**
**Independence County Detention Center,** *et al*.         **DEFENDANTS**

## ORDER

Before the Court is a Recommended Disposition filed by United States Magistrate Judge J. Thomas Ray (Dkt. No. 53).  No objections to the Recommended Disposition have been filed, and the time for filing objections has passed.  After review, this Court adopts the Recommended Disposition in its entirety as this Court's findings in all respects.  Plaintiff Austin Lee Sieber's complaint is dismissed without prejudice.  Defendants' motion for summary judgment is denied as moot (Dkt. No. 44).

This Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

So ordered this 12th day of September, 2016.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge