IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**AUSTIN LEE SIEBER,**
**ADC #654331**                                                                                                          **PLAINTIFF**

**v.**                              **Case No. 1:14-cv-00055 KGB/JTR**

**JASON BENTON, Corporal,**
**Independence County Detention Center,** *et al*.                                         **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that this case is dismissed without prejudice. The Court certifies that an *in forma pauperis* appeal would not be taken in good faith.

So ordered this 12th day of September, 2016.

_____
Kristine G. Baker
United States District Judge